# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARTHA HUNT**                                                                           **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00178-BSM**

**HOME DEPOT INC,** *et al.*                                                        **DEFENDANTS**

## ORDER

Plaintiff's expert disclosures, including reports, must be made by December 17, 2021.

Defendant's expert disclosures, including reports, must be made by January 11, 2022.

Rebuttal expert disclosures, including reports, must be made by January 21, 2022. These disclosures must be in writing, signed, and served. They are not filed in the Clerk's Office.

IT IS SO ORDERED this 24th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE