IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARTHA HUNT**                                                                                     **PLAINTIFF**

v.                                  **CASE NO. 2:20-CV-00178-BSM**

**HOME DEPOT INC,** *et al.*                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE