IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARTHA HUNT**                                                                                                    **PLAINTIFF**

v.                                       **CASE NO. 2:20-CV-00178-BSM**

**HOME DEPOT INC,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Defendants' motion for leave to file a reply brief in support of their motion for costs [Doc. No 87] is granted, however, a ruling will not be made on the motion for costs [Doc. No. 83] until the Eighth Circuit has issued its mandate on the pending appeal.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE